UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Richi Briones, | Case No.  2:24-cv-02289-RFB-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| Clark County, et al., | |
| Defendants. | |

On December 11, 2024, Plaintiff submitted an incomplete application to proceed *in forma pauperis* ("IFP") together with a Civil Rights Complaint under 42 U.S.C. § 1983.  ECF Nos. 1, 1-1. Plaintiff's IFP application fails to include his financial certificate and inmate trust fund account statement for the previous six-month period.  In order to proceed without prepaying the filing fee Plaintiff must apply for *in forma pauperis* status under 28 U.S.C. § 1915(a) and Local Rule LSR 1-2.  To do so, Plaintiff must submit **three** required documents to the Court.  These include: (1) a completed **Application to Proceed *in forma pauperis* for Inmate**, on this Court's approved form (*i.e.* pages 1 through 3 with the inmate's two signatures on page 3), (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's incomplete application to proceed *in forma pauperis* (ECF No. 1) is DENIED without prejudice.

IT IS FURTHER ORDERED that on or before **February 28, 2025**, Plaintiff must either pay the $405 filing fee for a civil action or file with the Court: (1) a complete **Application to Proceed *in Forma Pauperis* for Inmate** on the Court's approved form; (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that the Clerk of the Court must send Plaintiff the approved form application to proceed *in forma pauperis* for inmates together with the information and instructions for filing the same.

IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-1), but will not file it at this time.

IT IS FURTHER ORDERED that failure to either pay the $405 filing fee or file a complete application to proceed *in forma pauperis* on or before **February 28, 2025,** will result in a recommendation to dismiss this action **without prejudice**.

Dated this 23rd day of January, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE