UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Richi Briones,<br><br>    Plaintiff,<br><br>v.<br><br>Clark County, *et al*.,<br><br>    Defendants. | Case No.: 2:24-cv-02289-RFB-EJY<br><br>**ORDER** |

Before the Court are Plaintiff's Motions seeking an order compelling the prison to produce the financial documents he needs to apply for *in forma pauperis* status and to extend the deadline for him to apply for that status. ECF Nos. 4, 5. On March 5, 2025, Plaintiff filed a complete *in forma pauperis* application. ECF No. 6.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to compel the production of his financial documents (ECF No. 4) is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Motion to extend the deadline to file a complete *in forma pauperis* (ECF No. 5) is GRANTED *nunc pro tunc*.

Plaintiff is advised the Court considers his application to proceed *in forma pauperis* to be timely filed, and the Court will address his application and screen his complaint in the ordinary course.

Dated this 12th day of March, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1